FILED

10/12/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0304

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0304

_____

IN THE MATTER OF

F.O.B.,

　　Youth in need of Care.

_____

## ORDER GRANTING MOTION FOR
## EXTENSION OF TIME

　　Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore, Appellant is granted an extension of time until November 17, 2022 to prepare, serve, and file her response to the Motion to Withdraw and *Anders* Brief. No additional extensions will be granted for her response.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 12 2022